new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles A. Pooley* for appellant.

*Irving L'Hommedieu* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ.

---

NAOMI D. RING, Respondent, *v.* PATRICK J. RING, Appellant.

*Ring* v. *Ring*, 127 App. Div. 411, affirmed.
(Argued October 4, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 11, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside a deed of real property.

*William L. Snyder* for appellant.

*Arthur M. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER. WILLARD BART-LETT, HISCOCK and CHASE, JJ.

---

AMERICAN FERROFIX BRAZING COMPANY, Respondent, *v.* NATHANIEL R. POTTER et al., Appellants.

*American Ferrofix Brazing Co.* v. *Potter*, 133 App. Div. 938, affirmed.
(Argued October 4, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 7, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order

denying a motion for a new trial in an action to recover upon a promissory note.

*S. D. Bentley* for appellants.

*William W. Armstrong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

RICHARD MULLER, Doing Business under the Name of MULLER GLORIA MILLS, Appellant, *v.* ANTOINE GUICHARD, Doing Business under the Name of A. GUICHARD & Co., Respondent.

*Muller* v. *Guichard*, 133 App. Div. 944, affirmed.
(Submitted October 5, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover for an alleged breach of contract of sale.

*Morris J. Hirsch* and *Herbert R. Limburg* for appellant.

*Chester A. Jayne* and *John L. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

EDWARD L. RIKER et al., Respondents, *v.* NORTH BRITISH AND MERCANTILE INSURANCE COMPANY OF LONDON AND EDINBURGH, Appellant.

*Riker* v. *North British & Mercantile Ins. Co.*, 132 App. Div. 948, affirmed.
(Argued October 5, 1910; decided October 25, 1910.)

APPEAL from a judgment entered June 15, 1909, upon an order of the Appellate Division of the Supreme Court in the